UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL PALMER,

    Plaintiff,

v().                                      Case No. 13-cv-15164
                                       HON. MARK A. GOLDSMITH

WAYNE COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

_____/

**ORDER (1) STAYING AND ADMINISTRATIVELY CLOSING CASE and (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO APPOINT COUNSEL (DKT. 19)**

On August 5, 2014, Defendant City of Detroit filed a "Notice of Suggestion of Bankruptcy Case and Application of the Automatic Stay" (Dkt. 20). Because of the bankruptcy filing by the City of Detroit and the July 25, 2013 stay order issued by the Bankruptcy Court, it is ORDERED that the instant action is stayed until further order of the Court.

It is further ORDERED that this case is CLOSED for administrative and statistical purposes without prejudice. This closing does not constitute a decision on the merits.

It is further ORDERED that if the bankruptcy stay is removed, or a party obtains relief from the stay, then the case may be reopened upon the motion of any party.

It is further ORDERED that this Order does not bar any party from applying to the bankruptcy court for appropriate relief as permitted by law.

Currently pending on the docket is Plaintiff's motion for appointment of counsel (Dkt. 19). Because the case is presently stayed and administratively closed, the Court denies without

prejudice Plaintiff's motion for appointment of counsel. In the event the case is reopened and the stay lifted, Plaintiff would be free to refile his motion for appointment of counsel.

SO ORDERED.

Dated: August 8, 2014             s/Mark A. Goldsmith
     Flint, Michigan             MARK A. GOLDSMITH
                                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 8, 2014.

                                                 s/Deborah J. Goltz
                                                 DEBORAH J. GOLTZ
                                                 Case Manager