UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL PALMER,

    Plaintiff,                        Case No. 13-cv-15164

v.                                          HON. MARK A. GOLDSMITH

WAYNE COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
_____/

**ORDER
(1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE
JUDGE DATED JUNE 30, 2017 (DKT. 71) AND, (2) DISMISSING PLAINTIFF'S
COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b),**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Stephanie Dawkins Davis, issued on June 30, 2017 (Dkt. 71). In the R&R, the Magistrate Judge recommends dismissing Plaintiff's complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b). The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the Court accepts the R&R.

      Accordingly, the Court dismisses Plaintiff's complaint with prejudice.

      SO ORDERED.


Dated: October 26, 2017                               s/Mark A. Goldsmith
   Detroit, Michigan                                 MARK A. GOLDSMITH
                                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 26, 2017.

                                                       s/Karri Sandusky
                                                       Case Manager